UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, *on behalf of himself and all others similarly situated*,

        Plaintiff,

– against –

MARIEBELLE NEW YORK LLC,

        Defendant.

**ORDER**

18 Civ. 12395 (ER)

RAMOS, D.J.:

    The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   April 6, 2020
          New York, New York

                                      EDGARDO RAMOS, U.S.D.J.